# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-1890-REB-CBS

**LISA ANN ZURAFF-PERRYMAN, M.D.**

    Plaintiff,

v.

**QUORUM HEALTH RESOURCES, LLC**, a Delaware limited liability corporation; **LYNN CROWELL**, an individual; **ARKANSAS VALLEY REGIONAL MEDICAL CENTER**, a Colorado non-profit corporation; **BERTUS L. BROWN JR., M.D.**, an individual; **APRIL BROWN**, an individual

    Defendants.

---

## ORDER RE: STIPULATED MOTION FOR DISMISSAL OF CLAIMS BETWEEN PLAINTIFF AND DEFENDANTS BERTUS L. BROWN, JR., M.D. AND APRIL BROWN, WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)

---

    This matter, having come before this Court on Plaintiff Lisa Ann Zuraff-Perryman, M.D.'s and Defendants Bertus L. Brown, Jr., M.D.'s and April Brown's Stipulated Motion for Dismissal of Claims Between Plaintiff And Defendants Bertus L. Brown, Jr., M.D. and April Brown, With Prejudice, Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and this Court, being sufficiently advised, it is hereby

    ORDERED that any and all claims and counterclaims that were or could have been asserted in this action between Plaintiff and Defendants Bertus L. Brown, Jr., M.D. and April Brown in this action are hereby dismissed, WITH PREJUDICE, with each party to bear his or her own attorneys' fees and costs.

    DONE this 28th day of June, 2005.

                                      BY THE COURT:

                                      s/Robert E. Blackburn
                                      Robert E. Blackburn
                                      United States District Judge