IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-1890-REB-CBS

LISA ANN ZURAFF-PERRYMAN, M.D.

                Plaintiff,

v.

QUORUM HEALTH RESOURCES, LLC, a Delaware limited liability corporation; LYNN CROWELL, an individual; ARKANSAS VALLEY REGIONAL MEDICAL CENTER, a Colorado non-profit corporation; BERTUS L. BROWN JR., M.D., an individual; APRIL BROWN, an individual

                Defendants.

## ORDER FOR DISMISSAL WITH PREJUDICE

THIS MATTER, having come before the Court on the Stipulation for Dismissal with Prejudice filed by Plaintiff Lisa Ann Zuraff-Perryman and Defendants Quorum Health Resources, LLC, Lynn Crowell, and Arkansas Valley Regional Medical Center, and the Court, having reviewed the Stipulation and being sufficiently advised, hereby

ORDERS that all claims and counterclaims that would or could have been asserted in this action between Plaintiff and Defendants Quorum Health Resources, LLC, Lynn Crowell, and

Arkansas Valley Regional Medical Center are dismissed with prejudice, and each party will bear his, her or its own costs and attorneys' fees.

DONE this 28th day of June, 2005.

BY THE COURT:


s/Robert E. Blackburn
Robert E. Blackburn
United States District Judge